## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

JORGE A. BAR-LEVY

LENIS PAGAN

     Petitioners,

     -vs-

CONSTABLE JOANNE GEROW

TOWN OF LIBERTY

7 UNKNOWN TOWN OFFICERS

     Respondent.

:
:
:
:
:
:
:
:
:
:
:
:
:

**JUDGE FURMAN**

**18 CV 9454**

Docket Number: 18-cv-9454

## COMPLAINT
## PURSUANT TO 42 U.S. CODE § 1983

COMES NOW, Jorge A. Bar-Levy, and Lenis Pagan "the petitioners" a natural born United States Citizens and a residents of the State of New York, in *propia persona* and files this their Complaint pursuant to 42 U.S. Code § 1983 and in support state the following:

1. This is a civil rights lawsuit brought by the Plaintiffs, victims of Government Misconduct perpetrated under color of law by Constable Joanne Gerow and unknown Town of Liberty officials. Compensatory and punitive damages are sought against the Dog Constable Joanne Gerow, the Town of Liberty, New York and the 7 unknown officers involved in the religious persecution, threats, and discrimination, and compensatory damages are sought against the Town of Liberty. TRIAL BY JURY IS DEMANDED.

2. This action arises under the Fourth and Fourteenth Amendments to the United States Constitution, and under the Civil Rights Act of 1871, 42 U.S.C. sections 1983 and 1988.

3. This Court has jurisdiction of this cause under 28 U.S.C. sections 1331 and 1343.

4. Venue is proper under 28 U.S.C. section 1391 in that the Defendants and Plaintiffs reside and the cause of action arises in the Southern District of New York, White Plains Division.

5. The Plaintiffs Jorge A. Bar-Levy and Lenis Pagan are adults domiciled in Sullivan County, New York, and Joanne Gerow and the 7 unknown Town of Liberty officers are adults domiciled in Sullivan County, New York and else where.

6. The Defendants are adults domiciled in New York, and for all times material to this complaint, were town constables and officers employed by the Town of Liberty and continues to be so employed.

7. The Town of Liberty is a political subdivision of the State of New York, and for all times material to this complaint was the employer of Defendants.

8. Since June, 2018, the defendants conspired and confederated themselves to seized property, injure, oppress, threaten and intimidate Plaintiffs Jorge A. Bar-Levy and Lenis Pagan because of their religious belief and used their government position to seized property and falsely charge with town violations and arrest the plaintiffs in violation of the United States Constitutions and Laws and in particular 18 U.S.C. § 241

9. On or about June 22, 2018, defendant Constable Joanne Gerow started her conspiracy with others and unlawfully seized two white german sheppards belonging to defendant Bar-Levy valued at over $10,000.00 dollars and moved these dogs in the cover of hiding out of state with the aid of a several unknown people who at all time have been acting as members of the KKK and other anti Jewish vigilante group and who at all times are using their Government position to injure, oppress, threaten and intimidate United States

Citizens of Jewish Religious belief who are residents of Sullivan County. Defendant Gerow posted the sezure on Facebook and requested others to harm defendants and any other Jews living in Sullivan County, NY.

10. Since June 22, 2018, Defendant Constable Joanne Gerow and 7 unknown Town of Liberty officers and others has used her powers as a constables and government officers for the Town of Liberty and has planted evidence, trespass private property to plant poison and other sustances to harm defendant's Lenis Pagan animals in order to frame him with violations of County Codes and State Criminal Laws.

11. On October 2, 2018, Plaintiff Lenis Pagan was unlafully and falsely arrested without probable cause and inprisoned after Defendant Joanne Gerow made a false accusation against him because of a previously sick goat which was sick due to some unknown sustances spread at the farm by the defendants and other unknown KKK and anti Jews Vigilantes who for several months have been trowing poison and other sustances in order to frame Plaintiffs and get their animals sick in order to falsely accuse them of animal cruelty and seize their farm animals. At the time of arrest over 200 farm animals where seized including goats, sheeps, gooze, chickens, piegeons and ducks and Plaintiff Pagan was falsely charged with 5 counts of animal cruelty and all of his animal seized without giving him any documentation as to where his animals would go and how he could get them returned.

12. The Defendants' actions were under the color of law.

13. The Defendants' actions were reckless and callously indifferent to the Plaintiffs' federally protected rights.

14. The use of false charges and allegations against these Jewish Plaintiffs is the result of the policy, practice and custom of the Town of Liberty to inadequately supervise and discipline town officers who use intimidation, threats and false alegations to chase away

Jews from the Town of Liberty.

15. The inadequate supervision and discipline of town officers by the Town of Liberty has led to the unnecessary and illegal use of false accusation and excessive force, including deadly force.

16. The policy, practice and custom of the Town of Liberty is that when town officers use false allegations, intimidate and threatens Jews and use excessive force, other officers do not intervene to prevent the use of the illegal actions, do not arrest the officers engaging in the illegal activity, and do not report the illegal activity.

17. The policy, practice and custom of the Town of Liberty with respect to allegations of false reports and allegations reported by Jewish citizens, is to conduct a minimal investigation designed to exonerate the officers involved rather than discover the true facts of the incident.

18. As a result of this code of silence adhered to by Town of Liberty officers and the inadequate investigation of allegations of the use of false arrest and allegations, town officers reasonably conclude that their use of false allegations and criminal charges will not result in discipline, termination, or criminal prosecution against them.

19. The above policies and practices have resulted in a culture of intimidation and threats against Jews in which the use of false accusations and evidence fabrication is an accepted and customary part of constables and town employees in the Town of Liberty.

20. The false allegations, evidence fabrication, animal seizure and defendant's arrest utilized by the Defendants was excessive and, thus, constituted an unreasonable seizure of Plaintiffs and his properties in violation of the Fourth and Fourteenth Amendments to the United States Constitution.

21. The Defendants' actions constituted an unlawful deprivation of Plaintiffs' liberty without due process of law in violation of the Fourteenth Amendment to the United States

Constitution.

22. Plaintiffs request that this Court assume jurisdiction over this cause, grant them compensatory for the amount of $50 000 000.00 dollars and punitive damages, costs and attorney's fees, and award all other proper relief.

Respectfully submitted,

Jorge A. Bar-Levy

_Bar-Levy_

October 16th, 2018

Lenis Pagan

_Lenis Pagan_

Address for Both Plaintiffs
PO Box 1101
Liberty, NY 12754
jbarlevy@gmail.com